STATE OF NEW JERSEY v. RICHARD WILLIAMS.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT JOHNSON.

July 7, 1981.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. S. L. W. AND G. J. B.

July 7, 1981.

Petition for certification denied.

KENNETH USTON v. RESORTS INTERNATIONAL HOTEL, INC.

July 7, 1981.

Petition for certification granted.   (See 179 *N.J.Super.* 223)